March 28, 2008

Ms. Terri S. Harris
Ewbank & Byrom, P.C.
221 West 6th Street, Suite 900
Austin, TX 78701
Mr. Richard N. Countiss
Countiss Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

RE: Case Number: 07-0294
 Court of Appeals Number: 10-06-00162-CV
 Trial Court Number: 2002-548-4

Style: W. GENE MURFF, M.D. AND MURFF-WANG-MOORE ASSOCIATES, P.A.
 v.
 WANDA KAYE PASS, AS NEXT FRIEND OF LESLIE LEANN PASS, A MINOR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Karen Matkin|